UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO RAMIREZ-MENDOZA,<br><br>Petitioner,<br>v.<br><br>WARDEN,<br><br>Respondent. | CASE NO. 2:26-cv-04469-DGE<br><br>ORDER REFERRING MATTER TO FEDERAL DEFENDER FOR REVIEW AND APPOINTMENT |

On November 16, 2026, Petitioner, proceeding pro se, filed a petition for writ of habeas corpus asserting he is unlawfully detained at the Northwest Immigration and Customs Enforcement ("ICE") Processing Center. (Dkt. No. 1.) Petitioner claims he suffered an "acute mental health crisis" upon being taken into custody. (*Id.* at 4.) Petitioner has also submitted a June 2026 notice from ICE identifying that "a qualified mental health provider determined

that the [Petitioner] has a serious mental disorder or condition" and confirming Petitioner's *Franco-Gonzalez* class membership.[1] (Dkt. No. 2-1 at 26–29.)

Based on the available record, and the questions it raises regarding Petitioner's competence, the Court finds and ORDERS:

1. Because of the complex issues that appear to be involved in this case, the Court finds the interests of justice may require that Petitioner be appointed counsel. *See* 18 U.S.C. § 3006A(a)(2)(B). Accordingly, the Court APPOINTS the Federal Public Defender to consult with Petitioner, and—subject to Petitioner's and the Federal Public Defender's decision about whether that representation is appropriate—represent Petitioner in these proceedings.
2. Further, **within 30 days of the date of this Order**, if the Federal Public Defender enters a notice of appearance and undertakes representation of Petitioner, the Federal Public Defender shall assist Petitioner to FILE an application demonstrating eligibility for appointment of counsel under 18 U.S.C. § 3006A and a proper application to proceed in forma pauperis.
3. The Clerk is directed to send uncertified copies of this Order to all counsel of record, to any party appearing pro se at said party's last known address, and to the Office of the Federal Public Defender.

[1] The certified class includes "All individuals who are or will be in DHS custody for removal proceedings in California, Arizona, and Washington who have been identified by or to medical personnel, DHS, or an Immigration Judge, as having a serious mental disorder or defect that may render them incompetent to represent themselves in detention or removal proceedings, and who presently lack counsel in their detention or removal proceedings." *Franco-Gonzales v. Napolitano*, No. CV 10-02211 DMG DTBX, 2011 WL 11705815, at *16 (C.D. Cal. Nov. 21, 2011).

Dated this 25th day of November, 2026.

David G. Estudillo
United States District Judge